Entered on Docket
December 08, 2017
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

Signed and Filed: December 7, 2017

*signature*

**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

1  DAVID A. BOONE - SBN 74165
   THE LAW OFFICES OF DAVID A. BOONE
2  1611 The Alameda
   San Jose, CA 95126
3  Telephone: (408) 291-6000
   Facsimile:  (408) 291-6016
4
   ATTORNEY FOR DEBTORS
5  SHEILA LOUISE WARKENTIN &
   JESSICA ARIN WARKENTIN
6

UNITED STATES BANKRUPTCY COURT

NORTHER DISTRICT OF CALIFORNIA

| IN RE: | CASE NO.: 17-52196 HLB |
|---|---|
| SHEILA LOUISE WARKENTIN | CHAPTER 13 |
| JESSICA ARIN WARKENTIN | ORDER GRANTING MOTION TO VALUE PERSONAL PROPERTY SECURING CLAIM OF CONSUMER FINANCIAL SERVICES |
| Debtors. | |

Upon due consideration of the Debtors' Motion to Value Personal Property, filed on November 6, 2017, Debtors' Request for Default Order re Motion to Value Personal Property, and good cause appearing,

IT IS HEREBY ORDERED that the Debtors' Motion is granted.

IT IS FURTHER ORDERED that the value of Debtors' Avalir Kirby Vacuum is $300.00, Creditor, Consumer Financial Services' secured claim is limited to $300.00, and that any amount in excess be treated as a general unsecured claim.

*** END OF ORDER ***

**COURT SERVICE LIST**

None